# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00021-RFB-NJK |
| Plaintiff, | ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR DORIAN MARSHANE GIVENS (ID#) 01855575 |
| vs. | |
| DORIAN MARSHANE GIVENS, | |
| Defendant. | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **DORIAN MARSHANE GIVENS** before the United States District Court at Las Vegas, Nevada, on or about March 6, 2019 at the hour of 1:45 p.m. for status conference and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: February 27, 2019

_____
UNITED STATES MAGISTRATE JUDGE