# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00021-RFB-NJK |
| Plaintiff, | ORDER FOR MODIFICATION TO CONDITIONS OF SUPERVISED RELEASE |
| v. | |
| DORIAN MARSHANE GIVENS, | |
| Defendant. | |

Presently before the court is the matter of U.S. v. Dorian Marshane Givens. On November 13, 2019, this court held a hearing for status conference hearing.

The Court agreed to modify Mr. Givens' conditions of supervision to include his residence in the residential re-entry center; all of the previously ordered conditions to remain in effect with the following additions and modifications:

1. <u>Reside at Residential Re-entry Center</u> - You will reside at and participate in the program of a residential re-entry center for a term up to 180 days. Subsistence is waived.

2. <u>Cognitive Behavioral Treatment</u> - You must participate in a cognitive behavioral treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). Such programs may include group sessions led by a counselor or participation in a program administered by the probation office.

IT IS SO ORDERED this 13th day of November, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE